## THIRD DEPARTMENT, NOVEMBER, 1916.

In the Matter of the Claim of GEORGE SIEGFREID, for Compensation under the Workmen's Compensation Law, Claimant, Respondent, *v.* ABRAHAM GOLDBERG, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.

*Workmen's Compensation Law — janitor — boiler.*

Appeal from an award and order of the State Industrial Commission, made on the 24th day of February, 1916.

Award affirmed. All concurred, except Kellogg, P. J., dissenting in memorandum, in which Howard, J., concurred.

KELLOGG, P. J. (dissenting): Apparently the boiler referred to is the ordinary heater used in houses for furnishing hot water, and has no other use. It was probably larger than that in use in a single house, as there were five apartments to which the water was to be furnished; nevertheless it is the same kind of a boiler. I do not think that the man who builds a fire in a water heater in a house is within group 22,* which is "operation and repair of stationary engines and boilers * * *." The janitor simply was building the fire; there was no engine and no operation of a boiler within the meaning of the law. I favor reversal.

---

* See Consol. Laws, chap. 67 (Laws of 1914, chap. 41), § 2, group 22. Since amd. by Laws of 1916, chap. 622.— [REP.